NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM., State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
DAVID A. MCCARTHY, State Bar No. 226415
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS,
INC. and ANTONIO CANOVA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA, <br><br> Defendants. | CIVIL ACTION NO.: 3:05-cv-2042 <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DERIVATIVE RELATED CASES** |

1  The parties stipulate, and the Court hereby orders, as follows:

2  RELATED CLASS ACTION AND DERIVATIVE CASES

3  The following actions are related cases within the meaning of Civil Local Rule 3-12:

4  • *Prena Smajlaj v. Brocade Communications Systems, Inc., et al.,* No. 3:05-cv-2042;

5  • *Robert Galluscio v. Gregory Reyes, et al.,* No. 3:05-CV-02235;

6  • *Stephen Knee v. Gregory Reyes, et al.,* No. 3:05-CV-02233.

7  IT IS SO STIPULATED.

Dated: June 13, 2005                     Respectfully Submitted,

                                         WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation


                                         By:    /s/David A. McCarthy
                                                   David A. McCarthy

                                         Attorneys for Defendants
                                         BROCADE COMMUNICATIONS SYSTEMS,
                                         INC. and ANTONIO CANOVA


Dated: June 13, 2005                     LAW OFFICES OF BRIAN BARRY
                                         1801 Avenue of the Stars, Suite 307
                                         Los Angeles, CA 90067
                                         Telephone: (310) 788-0831
                                         Facsimile: (310) 788-0841


                                         By:    /s/Brian Barry
                                                   Brian Barry

                                         Attorneys for Plaintiff
                                         PRENA SMAJLAJ

| | | |
|---|---|---|
| 1 | Dated: June 13, 2005 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 2 | | Alan R. Plutzik |
| | | Kathryn A. Schofield |
| 3 | | 2125 Oak Grove Road, Suite 120 |
| | | Walnut Creek, CA 94598 |
| 4 | | Telephone: (925) 945-0200 |
| | | Facsimile: (925) 945-8792 |

By: _____/s/Kathryn A. Schofield_____
        Kathryn A. Schofield

Attorneys for Plaintiff
STEPHEN KNEE

Dated: June 13, 2005

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

By: _____/s/Kathryn A. Schofield_____
        Kathryn A. Schofield

Attorneys for Plaintiff
ROBERT GALLUSCIO

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of June 2005 at Palo Alto, California.

           /s/David A. McCarthy
           David A. McCarthy

1
2
**[PROPOSED] ORDER**

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

3
4
5   Dated:  June 22, 2005



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP AND [PROPOSED] ORDER
RE: DERIVATIVE RELATED CASES
CASE NO. 3:05-CV-2042

4                                  C:\NRPORTBL\PALIB1\VM3\2669814_1.DOC