```
 1 | NINA F. LOCKER, State Bar No. 123838
   | E-MAIL: nlocker@wsgr.com
 2 | STEVEN D. GUGGENHEIM., State Bar No. 201386
   | E-MAIL: sguggenheim@wsgr.com
 3 | CAZ HASHEMI, State Bar No. 210239
   | E-MAIL: chashemi@wsgr.com
 4 | DAVID A. MCCARTHY, State Bar No. 226415
   | E-MAIL: dmccarthy@wsgr.com
 5 | WILSON SONSINI GOODRICH & ROSATI
   | Professional Corporation
 6 | 650 Page Mill Road
   | Palo Alto, CA 94304-1050
 7 | Telephone: (650) 493-9300
   | Facsimile: (650) 565-5100
 8 |
   | Attorneys for Defendants
 9 | BROCADE COMMUNICATIONS SYSTEMS,
   | INC. and ANTONIO CANOVA
10 |
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 3:05-cv-2042<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DERIVATIVE RELATED CASES** |

STIP AND [PROPOSED] ORDER
RE: DERIVATIVE RELATED CASES
CASE NO. 3:05-CV-2042

1  The parties stipulate, and the Court hereby orders, as follows:

2  <u>RELATED CLASS ACTION AND DERIVATIVE CASES</u>

3  The following actions are related cases within the meaning of Civil Local Rule 3-12:

4  • *Prena Smajlaj v. Brocade Communications Systems, Inc., et al.,* No. 3:05-cv-2042;

5  • *Robert Galluscio v. Gregory Reyes, et al.,* No. 3:05-CV-02235;

6  • *Stephen Knee v. Gregory Reyes, et al.,* No. 3:05-CV-02233;

7  • *William Pratt v. Gregory Reyes, et al.*, No. 3:05-CV-02372.

8  IT IS SO STIPULATED.

9
10  Dated: June 21, 2005                           Respectfully Submitted,

    WILSON SONSINI GOODRICH & ROSATI
11                                                 Professional Corporation

12

13                                                 By:     /s/David A. McCarthy
                                                           David A. McCarthy
14
    Attorneys for Defendants
15  BROCADE COMMUNICATIONS SYSTEMS,
    INC. and ANTONIO CANOVA
16

17
    Dated: June 21, 2005                           LAW OFFICES OF BRIAN BARRY
18                                                 1801 Avenue of the Stars, Suite 307
                                                   Los Angeles, CA 90067
19                                                 Telephone: (310) 788-0831
                                                   Facsimile: (310) 788-0841
20

21
                                                   By:     /s/Brian Barry
22                                                         Brian Barry

23                                                 Attorneys for Plaintiff
                                                   PRENA SMAJLAJ
24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: June 21, 2005 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 2 | | Alan R. Plutzik |
| | | Kathryn A. Schofield |
| 3 | | 2125 Oak Grove Road, Suite 120 |
| | | Walnut Creek, CA 94598 |
| 4 | | Telephone: (925) 945-0200 |
| | | Facsimile: (925) 945-8792 |

By: _____/s/Kathryn A. Schofield_____
            Kathryn A. Schofield

Attorneys for Plaintiff
STEPHEN KNEE

Dated: June 21, 2005

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

By: _____/s/Kathryn A. Schofield_____
            Kathryn A. Schofield

Attorneys for Plaintiff
ROBERT GALLUSCIO

Dated: June 21, 2005

MARY ALEXANDER & ASSOCIATES
Mary E. Alexander
Gary W. Loftis
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

By: _____/s/Mary E. Alexander_____
            Mary E. Alexander

Attorneys for Plaintiff
WILLIAM PRATT

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of June 2005 at Palo Alto, California.

                                                    /s/David A. McCarthy
                                                      David A. McCarthy

1
2
    [~~PROPOSED~~] ORDER

3
    Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

4
5  Dated:  June 22, 2005
                                                    _____
6                                                   THE HONORABLE CHARLES R. BREYER
                                                    UNITED STATES DISTRICT JUDGE



7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP AND [PROPOSED] ORDER
RE: DERIVATIVE RELATED CASES
CASE NO. 3:05-CV-2042

4                    C:\NRPORTBL\PALIB1\VM3\2673393_1.DOC