NINA F. LOCKER, State Bar No. 123838
E-mail: nlocker@wsgr.com
STEVEN D. GUGGENHEIM, State Bar No. 201386
E-mail: sguggenheim@wsgr.com
CAZ HASHEMI, State Bar No. 219239
E-mail: chashemi@wsgr.com
DAVID A. MCCARTHY, State Bar No. 226415
E-mail: dmccarthy@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Nominal Defendant
Brocade Communications Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GALLUSCIO, Derivatively on behalf of Nominal Defendant, BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREGORY L. REYES, ANTONIO CANOVA, NICHOLAS G. MOORE, DAVID L. HOUSE, SETH D. NEIMAN, CHRISTOPHER B. PAISLEY, NEAL DEMPSEY, SANJAY VASWANI<br><br>　　　　Defendants,<br><br>and<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>　　　　Nominal Defendant. | Case No. C-05-02235CRB<br><br>**DERIVATIVE ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE** |

1   WHEREAS this Court has ordered the following shareholder derivative cases be related to
2 the first filed securities case *Smajlaj v. Brocade Communications Systems, Inc., et al.* C-05-02042
3 CRB:

| Case Name | Case No. | Date Action Filed |
|---|---|---|
| *Knee v. Reyes, et al.* | C 05-02233 CRB | June 1, 2005 |
| *Galluscio v. Reyes, et al.* | C 05-02235 CRB | June 2, 2005 |
| *Pratt v. Reyes, et al.* | C 05-02372 CRB | June 10, 2005 |
| *Jha v. Reyes, et al.* | C 05-2652 MJJ | June 28, 2005 |

   WHEREAS, the Court entered an Order dated June 29, 2005, setting a Case Management Conference for August 19, 2005;

   WHEREAS, because these four substantially similar derivative actions are not yet consolidated and the Court has not selected Lead Counsel, the parties believe postponing the Case Management Conference until after the selection of Lead Counsel would promote efficiency;

   WHEREAS, the Court has already postponed the Case Management Conference in the *Pratt* and *Jha* actions;

   WHEREAS, the parties anticipate a Consolidated Amended Complaint will be filed after the selection of Lead Counsel;

   NOW THEREFORE, the parties to this stipulation agree, and the Court hereby Orders, as follows:

   1.   The Case Management Conference scheduled for August 19, 2005 is postponed and will be rescheduled after the selection of Lead Counsel in these derivative actions.

   2.   Defendants are not obligated to respond to any of the currently filed derivative action complaints and shall respond only to a Consolidated Amended Complaint.

| | | |
|---|---|---|
| Dated: August 8, 2005 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By: _____/s/ David A. McCarthy_____
        David A. McCarthy

Attorneys for Nominal Defendant
Brocade Communications Systems, Inc.

Dated: August 8, 2005                         PROSKAUER ROSE LLP

By: _____/s/Robert Horn_____
        Robert Horn

Attorneys for Defendant
Gregory L. Reyes

Dated: August 8, 2005                         BRAMSON, PLUTZIK, MAHLER &
                                                                             BIRKHAEUSER, LLP

By: _____/s/Kathryn A. Schofield_____
        Kathryn A. Schofield

Attorneys for Plaintiff
Robert Galluscio

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 8 day of August 2005 at Palo Alto, California.

_____/s/David A. McCarthy_____
David A. McCarthy

1                                       **[PROPOSED] ORDER**

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: August 9, 2005



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE